IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 15-0668-CG-M** |
| | ) | |
| **SIRIANNI INVESTMENTS, INC.,** | ) | |
| **d/b/a SMOOTHIE KING,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This cause is before the court on the Motion to Dismiss without Prejudice filed by the United States (Doc. 7).

Upon due consideration, the motion is hereby **GRANTED**. It is hereby **ORDERED** that this action is **DISMISSED without prejudice**.

**DONE and ORDERED** this 21st day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE